IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON RYAN, a.k.a. Shannon Ryan-El, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv1078-MHT (WO) |
| CHAPLAIN STEVEN SMITH, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that no costs are taxed against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 31st day of March, 2015.

                       /s/ Myron H. Thompson\_\_\_\_
                  **UNITED STATES DISTRICT JUDGE**